**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6933**
_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

CHRISTOPHER MITCHELL, a/k/a Hassan Jones, a/k/a Q Ili-Yaas
Haakeem Farrakhan-Muhammad,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  John T. Copenhaver,
Jr., District Judge.  (2:90-cr-00020-2)

_____

Submitted:  August 22, 2013        Decided:  August 27, 2013

_____

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Christopher Mitchell, Appellant Pro Se.  John J. Frail, Steven
Loew, Assistant United States Attorneys, Candace Haley Bunn,
OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Mitchell appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Mitchell, No. 2:90-cr-00020-2 (S.D.W. Va. May 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED